**Order entered September 2, 2020**



**In The**
### Court of Appeals
### Fifth District of Texas at Dallas

## No. 05-20-00337-CR

**MANUEL GONZALEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. M20-47031-B**

## ORDER

Before the Court is appellant's August 31, 2020 second motion for extension of time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** appellant's brief filed by September 29, 2020.

/s/    LANA MYERS
JUSTICE